# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff*<br><br>v.<br><br>HAIM BRAVERMAN<br>*Defendant* | Case No. 24-mj-13275-LDW |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __29th__ day of __October__, 2024,

ORDERED that _____Candace Hom_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____JAMES B. CLARK, III_____
James B. Clark, III, United States Magistrate Judge