UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. James B. Clark, III |
| v. : | |
| : | Mag. No. 24-13275 (LDW) |
| HAIM BRAVERMAN : | |
| : | **ORDER FOR A CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Sammi Malek, Assistant U.S. Attorney, appearing), and defendant Haim Braverman (Candace Hom, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through January 10, 2025.

2. There have been no prior continuances in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

  a. The charge in this case result from a lengthy investigation, and the pre-indictment discovery the United States is voluntarily providing the defendant involves numerous audio and video recordings that defense counsel requires adequate time to review.

  b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

  c. Both the United States and the defendant desire time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

  d. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 74 days from October 29, 2024 through January 10, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                    *s/James B. Clark, III*
                                                    Hon. James B. Clark, III
                                                    United States Magistrate Judge

Consented and Agreed to by:

_____
Sammi Malek
Assistant U.S. Attorney


/s/Candace Hom
_____
Candace Hom, Esq.
Counsel for Haim Braverman