UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Leda D. Wettre, U.S.M.J. |
| v. : | |
| : | Mag. No. 24-13275 (LDW) |
| HAIM BRAVERMAN : | |
| : | **ORDER FOR A CONTINUANCE** |

1. This matter came before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Sammi Malek, Assistant U.S. Attorney, appearing), and defendant Haim Braverman (Candace Hom, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through April 26, 2025.

2. There have been two prior continuances in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to continue to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The parties are engaged in plea negotiations that, if successful, would render grand jury proceedings and a trial in this matter unnecessary.

      b.    Despite the exercise of diligence, both the United States and the defendant require additional time to continue plea negotiations.

      c.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from February 25, 2025 through April 26, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Dated: 2/20/25

_____
Hon. Leda D. Wettre
United States Magistrate Judge

Consented and Agreed to by:

_____
Sammi Malek
Assistant U.S. Attorney

_____
Candace Hom, Esq.
Counsel for Haim Braverman

_____
Joyce M. Malliet
Chief, National Security Unit

2