PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **HAIM BRAVERMAN**                                                Docket No.**: 24-13275**

### Petition for Action on Conditions of Pretrial Release

COMES NOW ERIKA DIPALMA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **HAIM BRAVERMAN**, who was placed under pretrial release supervision by the **HONORABLE LEDA DUNN WETTRE** sitting in the Court at **Newark, New Jersey**, on **March 19, 2025,** and was released on a $100,000.00 Unsecured Appearance Bond under the following conditions:

1. Pretrial Services Supervision.
2. The defendant shall be released into the third-party custody of Roger Braverman and Marlon Martung.
3. Home Detention, with electronic monitoring, with exceptions for the following: religious services, education; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services. Employment is not permitted.
4. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his residence within 10 days of release, unless waived by Pretrial Services.
5. Surrender all passports/travel documents. Do not apply for new travel documents.
6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
7. Substance abuse testing and/or treatment as directed by Pretrial Services.
8. Mental health testing and/or treatment as directed by Pretrial Services.
9. Maintain current residence or a residence approved by Pretrial Services.
10. No contact with victims or witnesses.
11. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
12. Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the Pretrial Services office or supervising officer.
a. The defendant consents to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wi-fi connections.
b. Computer With Internet Access: defendant is permitted use of computers or connected

devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services

c. Consent of Other Residents-by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third-party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

13. The defendant is prohibited from accessing any social media sites or accounts.

14. The defendant is scheduled for a co-occurring assessment with Care Plus on March 20, 2025, at 4pm. The defendant is directed to comply with all treatment recommendations.

15. The defendant shall not purchase weapons, firearms or destructive devices of any kind.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing to be scheduled.** A bail review hearing is scheduled before Mag. Judge Leda D. Wettre on 4/24/25 at 2:30 pm, Newark, NJ

| ORDER OF COURT | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 17th day of April, 2025 and ordered filed and made a part of the records in the above case. | Executed on   April 17, 2025 |
| *Leda Dunn Wettre* | *Erika DiPalma* |
| Leda Dunn Wettre<br>U.S. Magistrate Judge | Erika DiPalma<br>Sr. U.S. Pretrial Services Officer |