UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Leda D. Wettre, U.S.M.J. |
| v. | : | |
| | : | Mag. No. 24-13275 (LDW) |
| HAIM BRAVERMAN | : | |
| | : | **ORDER FOR A CONTINUANCE** |

1.  This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Sammi Malek, Assistant U.S. Attorney, appearing), and defendant Haim Braverman (Candace Hom, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through May 15, 2025.

2.  There have been three prior continuances in this case, and this matter is currently continued through April 26, 2025.

3.  Counsel for the parties represented that the parties have entered into a plea agreement, and that the defendant is scheduled to enter his guilty plea before the Honorable Evelyn Padin, U.S.D.J., on May 5, 2025. Thus, the parties are jointly requesting an additional continuance to permit the defendant additional time to enter his guilty plea.

4.  Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.  The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.  The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

        a.      The parties have entered into a plea agreement that, if accepted by the Court, would render grand jury proceedings and a trial in this matter unnecessary.

        b.      The parties require additional time for the defendant to enter his guilty plea, and the plea hearing is currently scheduled for May 5, 2025.

        c.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

        IT IS, therefore:

        ORDERED that this action is continued from the date of this order through May 15, 2025; and it is further

        ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Dated: 4/22/2025

_____
Hon. Leda D. Wettre
United States Magistrate Judge

Consented and Agreed to by:

_____
Sammi Malek
Assistant U.S. Attorney

_____
Candace Hom, Esq.
Counsel for Haim Braverman

_____
Joyce M. Malliet
Chief, National Security Unit