# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>HAIM BRAVERMAN<br>*Defendant* | MAGISTRATE JUDGE: Leda Dunn Wettre<br><br>CASE NO. 24-13275<br><br>DATE OF PROCEEDINGS: April 24, 2025<br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** Bail Review Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS *(Amended)*

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.          DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY    DATE: _____
- [ ] SENTENCING                   DATE: _____
- [ ] OTHER: _____          DATE: _____

**APPEARANCES:**

AUSA: Sammi Malek

DEFT. COUNSEL: Candace Hom

PROBATION: _____

INTERPRETER _____
Language:

TIME COMMENCED: 2:42 pm
TIME TERMINATED: 4:19 p.2.
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK