2023R00941/SM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin U.S.D.J. |
| | : | |
| v. | : | Crim. No. 25-cr-299 |
| | : | |
| HAIM BRAVERMAN | : | 18 U.S.C. § 875(c) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about September 10, 2024, in the District of New Jersey and elsewhere, the defendant,

HAIM BRAVERMAN,

knowingly transmitted in interstate commerce communications containing threats to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

_____
ALINA HABBA
United States Attorney

CASE NUMBER: 25-cr-299

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**HAIM BRAVERMAN**

# INFORMATION FOR

18 U.S.C. § 875(c)

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

SAMMI MALEK
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2919