UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin U.S.D.J. |
| v. | : | Crim. No. 25-cr-299 |
| HAIM BRAVERMAN | : | **WAIVER OF INDICTMENT** |

     I, HAIM BRAVERMAN, the above-named defendant, who is charged with transmitting threats in interstate commerce in violation of 18 U.S.C. § 875(c), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on [May 5, 2025], prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Haim Braverman
Defendant

_____
Candace Hom, Esq.
Counsel for Defendant

Before: _____
HONORABLE Evelyn Padin
United States District Judge