UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: EVELYN PADIN                                        Date: 5/5/2025
Court Reporter: FRANCESCA DIBELLA                          Docket No: 25-cr-299

**Title of the Case:**
USA
v.
HAIM BRAVERMAN

**Appearances:**
AUSA Sammi Malek on behalf of the Government
FPD Candance Hom on behalf of Defendant

**Nature of Proceedings: Plea hearing**

- Defendant present and sworn in
- Waiver of Indictment fld
- Plea agreement fld
- Rule 11 fld
- Government puts factual basis questions on the record
- Defendant plea guilty to count 1 of the information
- Sentencing 9/15/25 at 2pm
- Bail continued

Commenced: 12:08pm
Concluded: 12:53pm

*Briana Townsend, Deputy Clerk*
to the Hon. Evelyn Padin, U.S.D.J.