IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIM. NO. 25-299 |
| | : | |
| v. | : | CONSENT ORDER |
| | : | |
| HAIM BRAVERMAN, | : | |
|     Defendant. | : | |

THIS MATTER having come before the Court upon the request of defendant Haim Braverman (Candace Hom, Assistant Federal Public Defender, appearing) for a modification of pretrial release conditions to permit him to use specific applications ("apps") on his phone; and the government (Sammi Malek, Assistant U.S. Attorney, appearing), and U.S. Pretrial Services consenting; and for the reasons stated in the letter from defendant dated August 22, 2025, and for good cause shown;

IT IS on this 25th day of August 2025, hereby

ORDERED that Mr. Braverman is permitted to use the following apps on his cell phone:

    Statefarm app
    Bank of America app
    Chase app
    CVS app
    M&T Mortgage app
    Amazon app
    eBay app;

and it is

FURTHER ORDERED that Pretrial will monitor Mr. Braverman's use of these apps via their monitoring software; and

IT IS FURTHER ORDERED that all previous conditions of defendant's supervised release shall remain in full force and effect.

_____
HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE