IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIM. NO. 25-299 |
| | : | |
| v. | : | ORDER |
| | : | |
| HAIM BRAVERMAN, | : | |
|     Defendant. | : | |

THIS MATTER having come before the Court upon the request of defendant Haim Braverman (Candace Hom, Assistant Federal Public Defender, appearing) for a modification of pretrial release conditions to permit him to attend synagogue services for the upcoming holidays and to permit him to go to Bank of America in person to reactivate his account; and the government (Sammi Malek, Assistant U.S. Attorney, appearing), having no objection; and U.S. Pretrial Services consenting; and for the reasons stated in the letter from defendant dated September 16, 2025, and for good cause shown;

IT IS on this 16th day of September 2025, hereby

ORDERED that Mr. Braverman is permitted to attend religious services with his parents at the synagogue Congregation Shaya Ahavat, located at 113 Hawkins Avenue in Parsippany, on Tuesday, September 23, 2025, at 9:00am-1:00pm, and on Thursday, October 2, 2025, at 9:00am-2:00pm and 5:00-8:00pm; and it is

FURTHER ORDERED that Mr. Braverman is permitted to go in person to Bank of America, located at 3035 US-46 in Parsippany, on a date and time that is approved by and coordinated with Pretrial Services; and

IT IS FURTHER ORDERED that all previous conditions of defendant's pretrial release shall remain in full force and effect.

*Leda Dunn Wettre*
_____
HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE