DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAIM BRAVERMAN<br><br>Defendant(s). | Criminal No.   25-299 (EP)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  HAIM BRAVERMAN                .

Date:   November 18, 2025

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United State Attorney and
Special Attorney

By:   /s/ Sammi Malek
_____

Sammi Malek
Assistant U.S. Attorney