IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 25-299 (EP) |
| v. | : |
| | : **SENTENCING SUBMISSION NOTICE** |
| HAIM BRAVERMAN, | : **OF DEFENDANT** |
| Defendant. | : |

Please be advised that, on November 24, 2025, defendant Haim Braverman submitted sentencing materials to the Court in this case.

Date: 11/24/25

Respectfully submitted,

/s/Candace Hom
Assistant Federal Public Defender