UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: EVELYN PADIN                          Date:12/8/2025
Court Reporter: FRANCCESCA DIBELLA           Docket No: 25-cr-299

**Title of the Case:**
USA
  v.
HAIM BRAVERMAN

**Appearances:**
AUSA Sammi Malek on behalf of the Government
FPD Candace Hom behalf of the Defendant

**Nature of Proceedings:** Sentencing

- **Defendant present and sworn in**
- **Defendant waives Habba authority**
- **Offense level 10, criminal history category 1**
- **Sentence: 10 months, 5 months' TIME SERVED, 5 months home incarceration with home monitoring**
- **Supervised release: 3 years**
- **Special conditions: Computer monitoring, Consent to search, financial disclosure, life skills/edu, mental health, no new debt, no contact w/victim**
- **Fine waived**
- **No restitution imposed**
- **Special assessment; $100**
  **Defendant advised of right to appeal**

Commenced: 2:24pm
Concluded: 3:38pm

*Briana Townsend, Deputy Clerk*
to the Hon. Evelyn Padin, U.S.D.J.